**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

March 28, 2013

THE OMNI
333 EARLE OVINGTON BLVD., SUITE 901
UNIONDALE, NY 11553
(516) 880-8492

KEITH M. CORBETT, ESQ.

kcorbett@harrisbeach.com

Hon. Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  Michael Charles
          -v-
         Incorporated Village of Hempstead,
         Village of Hempstead Trustee Perry Pettus
         And Village of Hempstead Police Chief
         Joseph Wing
         United States District Court
         Eastern District of New York
         Case No.: 11-2709
         (MKB)(ETB)

Dear Judge Brodie:

  Our office represents the Incorporated Village of Hempstead, Village of Hempstead Trustee Perry Pettus and Village of Hempstead Police Chief Joseph Wing, (hereinafter "Village Defendants"), in reference to the above captioned action. This correspondence is being submitted as a request for this Court to extend, *nunc pro tunc,* the time for the Village Defendants to initiate the dispositive motion process in this action.

  As this Court is aware, on March 27, 2013, Magistrate Judge Boyle granted Plaintiff's request for a pre-trial conference to discuss an extension of the discovery schedule in this action. Additionally, on March 27, 2013 this Court granted the County's request to extend the deadline, *nunc pro tunc,* for summary judgment motions in this action.

  Based upon the above, the Village Defendants respectfully request that the time to initiate the dispositive motion process be extended two (2) weeks from a determination by Magistrate Judge Boyle concerning Plaintiff's request for an extended discovery schedule in this matter.

  Currently, there is a pre-trial conference schedule before Magistrate Judge Boyle for April 8, 2013 wherein the Plaintiff's request for an extension of the discovery schedule would be discussed. Therefore, granting two (2) weeks from a determination by Magistrate Boyle concerning Plaintiff's application would not prejudice any parties to this litigation.

**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

As always, if you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

S/

Keith M. Corbett