UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MICHAEL CHARLES,

                            Plaintiff,                       ORDER

                -against-                          CV 11-2709 (MKB) (ETB)

COUNTY OF NASSAU, NASSAU COUNTY POLICE
COMMISSIONER LAWRENCE W. MULVEY; NASSAU
COUNTY POLICE CHIEF OF DETECTIVE STEVEN
SKRYNECKI, in his official and individual capacities;
NASSAU COUNTY POLICE DETECTIVE
LIEUTENANT KEVIN SMITH, in his individual and
official capacities; NASSAU COUNTY POLICE
DETECTIVE RENE YAO, in her official and individual
capacities; NASSAU COUNTY POLICE DETECTIVE
CHARLES DECARO, in his official and individual
capacities; NASSAU COUNTY POLICE DETECTIVE
SERGEANT RICHARD DORSI, in his official and
individual capacities; INCORPORATED VILLAGE OF
HEMPSTEAD; VILLAGE OF HEMPSTEAD TRUSTEE
PERRY PETTUS, in his official and individual capacities;
VILLAGE OF HEMPSTEAD POLICE CHIEF JOSEPH
WING, in his official and individual capacities; KENNETH
POWELL and JOHN DOES # 1-5,

                            Defendants.
------------------------------------------------------------------------X

       The Court <u>sua sponte</u> vacates solely the Order dated April 3, 2013, directing the parties to file a joint pre-trial order on or before April 5, 2013, pending the outcome of motions for summary judgment sought by the defendants. <u>See</u> pre-motion conference scheduled for July 2, 2013 by Judge Brodie for this purpose.

       The outcome of these summary judgment motions may well affect or moot out the pending motions by defendants addressed to a plethora of alleged improprieties in plaintiff's

-1-

portion of the pre-trial order.

For the foregoing reasons, the pending motions addressed to the pre-trial order are denied without prejudice to renewal upon receipt of a decision on any motion for summary judgment.

**SO ORDERED:**

Dated: Central Islip, New York
May 23, 2013

/s/ E. Thomas Boyle
E. THOMAS BOYLE
United States Magistrate Judge