**EDWARD P. MANGANO**
County Executive



**CARNELL T. FOSKEY**
County Attorney

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**
One West Street
Mineola, New York 11501-4820
516-571-3056

Writer's Telephone: 516-571-6074
Writer's Facsimile: 516-571-3058
Writer's E-Mail: tlai@nassaucountyny.gov

June 1, 2016

Honorable Gary R. Brown
Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-9014

Re:  *Charles v. County of Nassau, et al.*
     11-CV-2709 (MKB)(GRB)

Dear Judge Brown,

The Nassau County Attorney's Office represents Defendants County of Nassau, Lawrence W. Mulvey, Steven Skrynecki, Kevin Smith, Rene Yao, Charles Decaro, and Richard Dorsi ("County Defendants") in the above-referenced matter.

The purpose of this letter is to respectfully request an extension of time to file a stipulation of discontinuance.  Both Plaintiff and Co-Defendant consent to the instant extension request.  To date, both County Defendants and Village Defendants are processing payment of the instant settlement.  Upon receipt of said payment by Plaintiff, a stipulation of discontinuance will be filed with the Court.

Therefore, County Defendants respectfully request an extension of time of **thirty (30) days to July 1, 2016** to file a notice of discontinuance.

Thank You for Your consideration of the instant application.

Respectfully submitted,

*Thomas Lai*
Thomas Lai
Deputy County Attorney

cc: Mariel S. LaSasso, Esq. (Via ECF)
LaSasso Law Group PLLC
Attorneys for Plaintiff
80 Maiden Lane, Suite 2205
New York, New York 10038

Keith Michael Corbett (Via ECF)
Harris Beach PLLC
Attorneys for Village Defendants
333 Earle Ovington Blvd, Suite 901
Uniondale, NY 11553